UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALITION UNITED, a Washington State Nonprofit Corporation; DARCY LYNN HOCKER; JOSEPH GRANT; EVELYN HOPF,<br><br>Plaintiff,<br><br>v.<br><br>DIANA BRADRICK, Whatcom County Auditor; WHATCOM COUNTY, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:21-CV-1386<br><br>AFFIDAVIT OF NOTICE TO WHATCOM COUNTY SUPERIOR COURT AND TO PLAINTIFFS OF NOTICE OF REMOVAL |

STATE OF WASHINGTON    )
                       ) ss.
COUNTY OF WHATCOM      )

Megan Winter, being first duly sworn on oath deposes and says: That she is the paralegal to Royce Buckingham, Civil Deputy Prosecuting Attorney for Whatcom County; and that on this 12th day of October, 2021, she arranged for service of the **Notice of Removal to United States District Court** to the following parties by *First Class Postage Prepaid Mail* at the addresses indicated:

AFFADAVIT OF NOTICE TO WHATCOM COUNTY
SUPERIOR COURT AND TO PLAINTIFFS OF NOTICE
OF REMOVAL - 1 C21-____-____

Whatcom County Prosecuting Attorney
311 Grand Ave., Suite 201
Bellingham, WA 98225
360.778.5710 Fax: 360.778.5711

| | |
|---|---|
| **ORIGINAL TO**:<br>Whatcom County Clerk's Office<br>311 Grand Avenue, Ste. 301<br>Bellingham, WA 98225 | [ ] By Legal Messenger<br>[ ] By Mail<br>[ ] By E-Mail<br>[ ] By Facsimile<br>[X] Personal Service |
| **Copy to:**<br>Washington Election Integrity<br>Coalition United<br>C/O Tamborine Borrelli<br>13402 125th Ave NW<br>Gig Harbor, WA 98329-4215 | [ ] By Legal Messenger<br>[X] By Mail<br>[ ] By E-Mail<br>[ ] By Facsimile<br>[ ] Personal Service |
| **Copy to:**<br>Darcy Lynn Hocker<br>411 Flair Valley Ct.<br>Maple Falls, WA 98266 | [ ] By Legal Messenger<br>[X] By Mail<br>[ ] By E-Mail<br>[ ] By Facsimile<br>[ ] Personal Service |
| **Copy to:**<br>Joseph Grant<br>2 Gray Birch Lane<br>Bellingham, WA 98229 | [ ] By Legal Messenger<br>[X] By Mail<br>[ ] By E-Mail<br>[ ] By Facsimile<br>[ ] Personal Service |
| **Copy to:**<br>Evelyn Hopf<br>1516 Mitchell Ave.<br>Blaine, WA 98230 | [ ] By Legal Messenger<br>[X] By Mail<br>[ ] By E-Mail<br>[ ] By Facsimile<br>[ ] Personal Service |
| **Copy to:**<br>Attorneys for WA State Democratic Party<br>Kevin J. Hamilton<br>Amanda J. Beane<br>Reina A. Almon-Griffin<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099 | [ ] By Legal Messenger<br>[X] By Mail<br>[X] By E-Mail<br>[ ] By Facsimile<br>[ ] Personal Service |

AFFADAVIT OF NOTICE TO WHATCOM COUNTY
SUPERIOR COURT AND TO PLAINTIFFS OF NOTICE
OF REMOVAL - 2 C21-____-____

Whatcom County Prosecuting Attorney
311 Grand Ave., Suite 201
Bellingham, WA 98225
360.778.5710 Fax: 360.778.5711

1  I declare under the penalty of perjury of the laws of the State of Washington that the
2  foregoing is true and correct to the best of my knowledge.
3  SIGNED at Bellingham, Washington, this 12th of October, 2021.

Megan K Winter, Paralegal- Civil Division
Whatcom County Prosecutor's Office

SIGNED or ATTESTED to before me this 12th day of October, 2021.



Name: Anna E. Webb
NOTARY PUBLIC. State of Washington
Residing at: Bellingham
My Commission Expires: 03/25/24

AFFADAVIT OF NOTICE TO WHATCOM COUNTY
SUPERIOR COURT AND TO PLAINTIFFS OF NOTICE
OF REMOVAL - 3 C21-___-___

Whatcom County Prosecuting Attorney
311 Grand Ave., Suite 201
Bellingham, WA 98225
360.778.5710 Fax: 360.778.5711

# DECLARATION OF SERVICE

I hereby certify that on the 12th day of October, 2021, I caused to be delivered the foregoing documents on the following parties by First Class Postage Prepaid Mail at the addresses indicated:

Washington Election Integrity Coalition United
Director Tamborine Borrelli.
13402 125th Ave NW
Gig Harbor, WA 98329-4215

Darcy Lynn Hocker
411 Flair Valley Ct.
Maple Falls, WA 98266

Joseph Grant
2 Gray Birch Lane
Bellingham, WA 98229

Evelyn Hopf
1516 Mitchell Ave.
Blaine, WA 98230

Attorneys for WA State Democratic Party
Kevin J. Hamilton
Amanda J. Beane
Reina A. Almon-Griffin
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is a true and correct statement.

Signed at Bellingham, WA.

Megan K. Winter, Paralegal
Whatcom County Prosecuting Attorney
Civil Division

AFFADAVIT OF NOTICE TO WHATCOM COUNTY
SUPERIOR COURT AND TO PLAINTIFFS OF NOTICE
OF REMOVAL - 4 C21-____-____

Whatcom County Prosecuting Attorney
311 Grand Ave., Suite 201
Bellingham, WA 98225
360.778.5710 Fax: 360.778.5711