SCANNED

FILED
COUNTY CLERK

2021 OCT -1  P 3: 33

WHATCOM COUNTY
WASHINGTON

BY_____

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR WHATCOM COUNTY

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALITION UNITED, a Washington State Nonprofit Corporation; DARCY LYNN HOCKER; JOSEPH GRANT; EVELYN HOPF,<br><br>    Plaintiffs,<br><br>vs.<br><br>DIANA BRADRICK, in her capacity as Whatcom County Auditor; WHATCOM COUNTY, a municipal corporation,<br><br>    Defendants. | Case No.: 21-2-00949-37<br><br>NOTICE OF APPEARANCE OF COUNSEL |

TO:    PLAINTIFFs, above-named:

YOU WILL please take notice that Civil Deputy Prosecuting Attorney Royce Buckingham hereby appears in the above-entitled action on behalf of Defendants, without waiving questions of:

1. Lack of jurisdiction over the subject matter;
2. Lack of jurisdiction over the person;
3. Improper venue;
4. Insufficiency of process;
5. Insufficiency of service of process;
6. Failure to state a claim upon which relief can be granted; and

NOTICE OF APPEARANCE - 1

Whatcom County Prosecuting Attorney
311 Grand Ave., Suite 201
Bellingham, WA 98225
360.778.5710 Fax: 360.778.5711

7. Failure to join a party under Rule 19.

YOU ARE FURTHER NOTIFIED that all further papers and pleadings herein, except original process, unless service has been expressly waived by a specific defendant, be served upon ROYCE BUCKINGHAM, Civil Deputy Prosecuting Attorney for Whatcom County, reserving the statutory time within which to plead further.

DATED this 1st day of October, 2021.

ROYCE BUCKINGHAM, WSBA #22503
Civil Deputy Prosecuting Attorney
*for* Defendants
Whatcom County Prosecuting Attorney
311 Grand Ave Suite 201
Bellingham, WA 98225
360.778.5710
RBucking@co.whatcom.wa.us

# CERTIFICATE OF SERVICE

I hereby certify that on the 19 day of October, 2021, I caused to be delivered the foregoing Notice of Appearance of Counsel to the Plaintiff's counsel at the following address:

Washington Election Integrity Coalition United
Director Tamborine Borrelli.
13402 125th Ave NW
Gig Harbor, WA 98329-4215

Darcy Lynn Hocker
411 Flair Valley Ct.
Maple Falls, WA 98266

Joseph Grant
2 Gray Birch Lane
Bellingham, WA 98229

Evelyn Hopf
1516 Mitchell Ave.
Blaine, WA 98230

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is a true and correct statement.

Signed at Bellingham, WA.

Megan K Winter