THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALITION UNITED, a Washington State Nonprofit Corporation; DARCY LYNN HOCKER; JOSEPH GRANT; EVELYN HOPF,<br><br>Plaintiffs,<br><br>v.<br><br>DIANA BRADRICK, Whatcom County Auditor; WHATCOM COUNTY, and DOES 1-30, inclusive,<br><br>Defendants,<br><br>and<br><br>WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE,<br><br>Proposed Intervenor Defendant. | No. 2:21-cv-01386-RAJ<br><br>[PROPOSED] ORDER GRANTING THE WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE'S MOTION TO INTERVENE |

[PROPOSED] ORDER GRANTING WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE'S MOTION TO INTERVENE (NO. 2:21-CV-01386-RAJ)

15934.0024\154391504.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  Before the Court is Proposed Intervenor Defendant Washington State Democratic
2  Central Committee's ("WSDCC") Motion to Intervene. Having reviewed the papers filed in
3  support of and in opposition to (if any) this Motion, and being fully advised, the Court finds
4  that WDSCC has satisfied the elements of intervention as of right and the elements of
5  permissive intervention. Accordingly, WSDCC is entitled to intervene in this case, and the
6  Court GRANTS WSDCC's motion and instructs WSDCC to file a response to the Complaint.

**IT IS SO ORDERED.**

Dated this _____ Day of _____, 2021

_____
The Honorable Richard A. Jones
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING WASHINGTON STATE
DEMOCRATIC CENTRAL COMMITTEE'S MOTION TO
INTERVENE (NO. 2:21-CV-01386-RAJ) – 1

15934.0024\154391504.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Prepared by:

*s/ Kevin J. Hamilton*
Kevin J. Hamilton, WSBA No. 15648
KHamilton@perkinscoie.com
Amanda J. Beane, WSBA No. 33070
ABeane@perkinscoie.com
Reina A. Almon-Griffin, WSBA No. 54651
RAlmon-Griffin@perkinscoie.com
Nitika Arora, WSBA No. 54084
NArora@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone 206.359.8000
Facsimile 206.359.9000

[PROPOSED] ORDER GRANTING WASHINGTON STATE DEMOCRATIC CENTRAL COMMITTEE'S MOTION TO INTERVENE (NO. 2:21-CV-01386-RAJ) – 2

15934.0024\154391504.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000