1                                          HONORABLE ROBERT A. JONES

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**
                    **FOR THE WESTERN DISTRICT OF WASHINGTON**
9                                 **AT SEATTLE**

10   WASHINGTON ELECTION INTEGRITY   )    Case No. 2:21-cv-1386- RAJ
     COALITION UNITED, a Washington      )
11   State Nonprofit Corporation; DARCY  )
     LYNN HOCKER; JOSEPH GRANT;          )
12   EVELYN HOPF,                        )
                                         )    JOINDER IN OPPOSITION
13                                       )    TO MOTION TO INTERVENE
            Plaintiffs,                  )
14                                       )
                                         )
15          v.                           )
                                         )
16                                       )    NOTE ON MOTION CALENDAR:
     DIANA BRADRICK, Whatcom County      )    NOVEMBER 12, 2021
17   Auditor; WHATCOM COUNTY, and        )
     DOES  1 through 30, inclusive,      )
18                                       )
                                         )
19          Defendants.                  )
                                         )
20   ─────────────────────────────────)

21

22          The following *pro se* Plaintiffs hereby join in, and support, the Opposition to the Motion

23   to Intervene filed by Washington Election Integrity Coalition United, and respectfully request

24   that this Court DENY the motion of the Democratic Central Committee to intervene as a

25   defendant in this action:

26

27

28
     JOINDER IN OPPOSITION TO MOTION TO INTERVENE        1

DocuSign Envelope ID: 35E043C5-4677-4797-AFBE-52277D380AED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DocuSigned by:

*Darcy Hocker*

7CD735774A4343A...

Darcy Lynn Hocker
Plaintiff, *Pro Se*

DocuSigned by:

*Joseph Grant*

1E0E9011B34F4E1...

Joseph Grant
Plaintiff, *Pro Se*

DocuSigned by:

*Evelyn Hopf*

0B192F7AFE114D9...

Evelyn Hopf
Plaintiff, *Pro Se*

JOINDER IN OPPOSITION TO MOTION TO INTERVENE        2