# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALITION UNITED et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIANA BRADRICK et al., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER 2:21-cv-01386-LK |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT for the reasons set forth in the Court's September 30, 2022 Order, judgment is entered in favor of Defendants and against Plaintiffs, and Plaintiffs' claims are dismissed without prejudice.

Dated October 3, 2022.

Ravi Subramanian
Clerk of Court

*/s/Natalie Wood*
Deputy Clerk